Submitted on briefs March 23, reversed April 1, 1979

STATE EX REL SPERL, Appellant,

v.

SPERL, *Respondent.*

(No. 341-873, CA 12475)

592 P2d 580

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, filed the brief for appellant.

George D. Leonard, Portland, waived appearance for respondent.

Before Schwab, Chief Judge, and Thornton, Gillette, and Campbell Judges.

PER CURIAM

**PER CURIAM**

The state appeals an order of the circuit court terminating child support based upon a finding that respondent's minor child was emancipated. The state argues that there was no evidence to support the finding, and presents such evidence as was offered concerning the child's circumstances. Respondent has made no appearance, and we decline to search the record for other evidence.

Reversed.